No. 128. GURNEY ET AL. *v.* FERGUSON ET AL. October 12, 1942. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Messrs. W. F. Wilson, M. A. Ned Looney,* and *T. Austin Gavin* for appellants.

No. 129. TENNESSEE OIL CO. *v.* MCCANLESS, COMMISSIONER OF FINANCE AND TAXATION. October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. *Fullerton* v. *Texas,* 196 U. S. 192; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114. *Mr. Cecil Sims* for appellant. *Messrs. Roy H. Beeler,* Attorney General of Tennessee, and *William F. Barry,* Solicitor General, for appellee.